JOHN J. FORSHAW and WILLIAM WENNIK, as Copartners, etc., Respondents, v. LOUIS LEAVITT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

CHARLOTTE D. RADCLIFFE, Respondent, v. CORINTH CONSTRUCTION Co., INC., and Others, Defendants, Impleaded with JOSEPH NEWMARK and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

ALEXANDER M. BING and Others, Appellants, v. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

WILLIAM T. COLLINS, as Executor, etc., of HENRY POLS, Deceased, Respondent, v. LIBERTY NATIONAL BANK AND TRUST COMPANY IN NEW YORK, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term.. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

EDWARD COPELAND, Respondent, v. JOS. A. MORRIS & Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

MILLIE NEWMAN, Appellant, v. FRANCES M. WILSON, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

JESSE MERCER GEHMAN, Respondent, v. MACFADDEN PUBLICATIONS, INC., and BERNARR MACFADDEN, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

CHARLES BURKE, INC., Appellant, v. MICHAEL FRIEDSAM and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN KARPILOW, Appellant, v. ROBERT BARR, Warden of the City Prison of the City of New York, and GROVER WHALEN, Police Commissioner of the City of New York, Respondents. — Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOL BINDER, Appellant, v. ROBERT BARR, Warden of the City Prison of the City of New York, and GROVER WHALEN, Police Commissioner of the City of New York, Respondents.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.